**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-1366

NAJIA RAHMANI,

Plaintiff - Appellant,

v.

JEFFREY A. SCHARF,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Michael Stefan Nachmanoff, District Judge.  (1:24-cv-01985-MSN-WBP)

Submitted:  July 24, 2025                                    Decided:  July 29, 2025

Before NIEMEYER, AGEE, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Najia Rahmani, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Najia Rahmani appeals the district court's order dismissing her civil complaint for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Rahmani v. Scharf*, No. 1:24-cv-01985-MSN-WBP (E.D. Va. filed Mar. 18, 2025 & entered Mar. 19, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*